IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN P. MCMAHON,<br><br>              Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, INC.; ABC CORP. 1-10; JOHN DOES 1-10,<br><br>              Defendants. | Civil Action No. 12-cv-04994-KM-MAH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendants, through their respective counsel, that all claims asserted are hereby dismissed *with* prejudice and *without* costs.

| | |
|---|---|
| NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON, PA | SHOOK, HARDY & BACON LLP |
|     s/ Robert D. Kobin<br>Robert D. Kobin<br>NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON, PA<br>20 Commerce Boulevard, Suite E<br>Succasunna, NJ 07876<br>Phone: 973-584-1400<br>Fax: 973-584-8747 |     s/ Charles C. Eblen<br>Charles C. Eblen, NJ Bar # 03941<br>J. Stan Sexton<br>Gregory K. Wu<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Phone: 816-474-6550<br>Fax: 816-421-5547 |
| *Attorneys for Plaintiff Sean P. McMahon* | *Attorneys for Defendant General Dynamics Armament and Technical Products, Inc.* |

936574